UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0076--CR (RRB)
"USA V MIGUEL FRANCO SEGURA"
DEF 1.1 SEGURA, MIGUEL FRANCO

In public format, including terminated defendants, excluding terminated counsel

```
        Presiding Judge: The Honorable Ralph R. Beistline, U.S. District Judge
       Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
                  Filed: 05/20/04
                 Closed: 06/09/05
    No. of Defendants: 1
        MJ Case Number: A04-0113--MJ
                    AKA: ALEX
        Location status: U.S. Custody
             Trial date:
             Terminated: YES
      Needs interpreter: YES
      Counsel of record: Lance C. Wells
                         733 W. 4th Avenue, Suite 308
                         Anchorage, AK 99501
                         907-274-9696
                         FAX 907-277-9859
                         Serve: YES
                          Type: CJA
                          Role: Pretrial/Trial
```

PLF 1.1 UNITED STATES OF AMERICA

```
      Counsel of record: Joseph W. Bottini
                         U.S. Attorney's Office
                         222 W. 7th Avenue, #9
                         Anchorage, AK 99513-7567
                         907-271-5071
                         Serve: YES
                          Type: Not specified
                          Role: Pretrial/Trial
```

Counts re: DEF 1.1 SEGURA, MIGUEL FRANCO

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -   1 IND | 1 | 21:846.841(a)(1)&(b)(1)(a) DRUG CONSPIRACY (F) | Sentenced (70-1) |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A04-0076--CR (RRB)
"USA V MIGUEL FRANCO SEGURA"

In public format, for filing dates on or before 02/09/06

Presiding Judge: The Honorable Ralph R. Beistline, U.S. District Judge
Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
                 Filed: 05/20/04
                Closed: 06/09/05
No. of Defendants: 1

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 05/20/04 | [Re: DEF 1] PLF 1 Indictment. |
| 2 - 1 | 05/20/04 | [Re: DEF 1] JDR Grand Jury Minutes. Bail : detention, set for ARR notify USM, in Federal custody, ACCE. |
| 3 - 1 | 05/20/04 | [Re: DEF 1] Documents 2-8 transferred from: A04-0113MJ (AHB) to A04-0076CR (RRB) w/att docs. |
| 4 - 1 | 05/21/04 | [Re: DEF 1] AHB Minute Order that arr is set 1:30 p.m., 5/24/04.  cc: USA, D. Bair, USM, PO |
| 5 - 1 | 05/25/04 | [Re: DEF 1] AHB Court Minutes [ECR: Debby Willoughby-Lyons] re ARr on Indt hld 5/24/04; D. Bair retained; def pled not guilty; def detained; PTm's due 6/7/04. cc: USA, D, Bair, USM, USPo, Judge Beistline |
| 7 - 1 | 05/25/04 | [Re: DEF 1] AHB Order regarding preparation for trial re cnsl to meet & confer by 5/28/04; PTM's due 6/7/04. cc: USA, D. Bair |
| 6 - 1 | 05/26/04 | [Re: DEF 1] AHB Order of Detention Pending Trial. cc: USA, D. Bair, USM, USPO |
| 8 - 1 | 05/28/04 | DEF 1 Attorney Appearance of Patrick  S. Aquirre. |
| 9 - 1 | 06/02/04 | [Re: DEF 1] PLF 1 Discovery conference certificate. |
| 10 - 1 | 06/02/04 | DEF 1 motion for an extension of time to file pretrial motions w/att declaration. |
| 11 - 1 | 06/03/04 | [Re: DEF 1] RRB Minute Order setting trial by jury for 7/6/05 at 8:30 A.M. and FPTC for 6/29/04 at 8:30 a.m. in Courtroom #3.  cc: Ausa, D. Bair, USM, USPO, MJ Branson, jury clerk |
| 12 - 1 | 06/04/04 | [Re: DEF 1] AHB Minute Order granting motion for an extension of time to file pretrial motions (10-1); PTM's due 4:00 p.m. 6/18/04; oppos due 4:00 p.m. 6/28/04; any hrgs, evident or otherwise set for 6/30/04 at 10:00 a.m. cc: USA, D. Bair, USM, USPO |
| 13 - 1 | 06/08/04 | [Re: DEF 1] AHB Minute Order that dkt 12 is amended as follows:  ptms now due 4:00 p.m., 6/14/04 w/hand/fax delivery on opposing cnsl; oppos due 4:00 p.m., 6/18/04 w/hand/fax delivery on opposing cnsl; any hrg evid/otherwise will be held 8:30 a.m., 6/21/04.  cc: USA, D. Bair, USM, PO |
| 14 - 1 | 06/08/04 | [Re: DEF 1] RRB Order appointing Yolanda Salazar-Hobrough as Interpreter for trial set 7/6/04, at 8:30 a.m.  cc: AUSA, D. Bair, USM, USPO, MJ Branson, Y. Salazar-Hobrough |
| 15 - 1 | 06/14/04 | DEF 1 Stipulation for continuance of trial. |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A04-0076--CR (RRB)
                             "USA V MIGUEL FRANCO SEGURA"

              In public format, for filing dates on or before 02/09/06
```

| Document # | Filed | Docket text |
|---|---|---|
| 15 - 2 | 06/14/04 | DEF 1 Stipulation for continuance of pretrial motions. |
| NOTE - 1 | 06/15/04 | Notation: DOCKET #16 NOT USED |
| 17 - 1 | 06/16/04 | [Re: DEF 1] RRB Minute Order granting stipulation for continuance of trial (15-1).  Trial rescheduling conf is set for 6/28/04 at 10:30 a.m. in Courtroom #3.  The FPTC set 6/29/04 & TBJ set 7/6/04 are vacated. cc: AUSA, D. Bair, USM, USPO, MJ Branson, JC |
| 18 - 1 | 06/16/04 | [Re: DEF 1] AHB Minute Order re PTM's due 3:00 p.m. 7/1/04; objects' due 3:00 p.m. 7/9/04; crt reserved 10:00 a.m. 7/13/04 for any necessary hrgs. cc: USA, D. Bair, USM, USPO |
| 19 - 1 | 06/29/04 | [Re: DEF 1] RRB Court Minutes [ECR: Denali Elmore] Trial rescheduling conf held 6/28/04.  TBJ set for 9/7/04 at 8:30 a.m. & FPTC set 8/30/04 at 8:15 a.m.  Pretrial motions due by 7/15/04.  The motions will continue to be referred to the MJ.  Def's detention continued. Court found excludable delay under section 3161(h)(8)(B)(ii), case unusual or complex.  cc: AUSA, P. Aguirre, USM, USPO, MJ Branson, JC |
| 20 - 1 | 07/08/04 | [Re: DEF 1] AHB Minute Order re PTM's for def due 7/15/04; oppos due 4:00 p.m. 7/23/04; prev 7/13/04 evident hr RESET to 8/4/04 at 9:00 a.m. cc: USA, D. Bair, USM, USPO |
| 21 - 1 | 07/15/04 | DEF 1 motion for disclosure of grand jury materials and/or 5K areements and proffers fo alleged co-conspirators. |
| 22 - 1 | 07/15/04 | DEF 1 motion for bill of particulars. |
| 23 - 1 | 07/15/04 | DEF 1 motion for dismissal for insufficiency of evidence in Indictment. |
| 24 - 1 | 07/23/04 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion for bill of particulars (22-1). |
| 25 - 1 | 07/23/04 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion for dismissal for insufficiency of evidence in Indictment (23-1). |
| 26 - 1 | 07/23/04 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion for disclosure of grand jury materials and/or 5K areements and proffers fo alleged co-conspirator (21-1). |
| 27 - 1 | 07/26/04 | [Re: DEF 1] AHB Minute Order that crt has review ptms and determined no evid hrg necessary; 8/4/04 date set for any hrg is VACATED.  cc: USA, D. Bair, USM, PO |
| 28 - 1 | 08/05/04 | [Re: DEF 1] AHB Order denying motion for disclosure of grand jury materials and/or 5K areements and proffer (21-1).  cc: USA, D. Bair |
| 29 - 1 | 08/05/04 | [Re: DEF 1] AHB Order denying motion for bill of particulars (22-1). cc: USA, D. Bair |
| 30 - 1 | 08/05/04 | DEF 1 motion to withdraw as counsel ((declaration) of conflict). |
| 31 - 1 | 08/06/04 | DEF 1 Notice of filing aff of lcl cnsl w/att aff. |
| 32 - 1 | 08/10/04 | [Re: DEF 1] AHB Minute Order setting stat of cnsl hrg on 8/12/04 at 10:00 a.m.. cc: USA, D. Bair, P. Aguirre |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A04-0076--CR (RRB)
                             "USA V MIGUEL FRANCO SEGURA"

                   In public format, for filing dates on or before 02/09/06
```

| Document # | Filed | Docket text |
|---|---|---|
| 33 - 1 | 08/12/04 | Initial R&R re: DEF 1 motion for dismissal for insufficiency of evidence in Indictmentbe denied (23-1); Objs due Noon on 08/23/04. Reply due 08/30/04; any objs shall be faxed to opposing cnsl. cc: cnsl, Judge Beistline |
| 34 - 1 | 08/13/04 | [Re: DEF 1] AHB Court Minutes [ECR: Caroline Edmiston] re: stat of cnsl hrg held 8/12/04; granting mot to w/d as cnsl ((declaration of conflict) (30-1); Mr. Aguirre & Mr. Bair are w/drwn; FPD to appoint CJA cnsl; det cont. cc: USA, P. Aguirre, D. Bair, FPD (CJA Cnsl), L. Wells, USM, USPO |
| 35 - 1 | 08/13/04 | [Re: DEF 1] Financial Affidavit. |
| 36 - 1 | 08/13/04 | DEF 1 Attorney Appearance of Lance Wells. |
| 37 - 1 | 08/16/04 | {SEALED} |
| 38 - 1 | 08/17/04 | {SEALED} |
| 39 - 1 | 08/18/04 | [Re: DEF 1] CJA appointment of Lance Wells. |
| 40 - 1 | 08/23/04 | DEF 1 Unopposed motion for extension of time (to 9/6/04) to file objections to R&R (filed on shortened time). |
| 41 - 1 | 08/23/04 | Unopposed motion on shortened time to continue trial. |
| 42 - 1 | 08/23/04 | [Re: DEF 1] RRB Order granting unopposed motion on shortened time to continue trial (41-1). A trial rescheduling conference is set for 8/26/04 at 9:00 a.m. in Courtroom #3. The TBJ set 9/7/04 is vacated. cc: AUSA, L. Wells, USM, USPO, MJ Branson, JC |
| 43 - 1 | 08/24/04 | [Re: DEF 1] AHB Minute Order granting Unopposed motion for extension of time (to 9/6/04) to file objections (40-1); obj due 9/7/04; reply due 3:00 p.m, 9/16/04. cc: USA, L. Wells, Judge Beistline |
| 44 - 1 | 08/26/04 | [Re: DEF 1] RRB Court Minutes [ECR: Caroline Edmiston] Trial rescheduling conf held 8/26/04. FPTC previously set 8/30/04 is vacated and is reset for 10/25/04 at 8:30 a.m. TBJ previously set 9/7/04 is vacated and is reset for 11/1/04 at 8:30 a.m. Court found excludable delay under section 3161 (h)(8)(A)(B), (h)(8)(B)(i), (h)(8)(B)(ii) and (h)(8)(B)(iv). Court does not oppose def counsel's oral mot to have def remain in this jurisdiction pending FPTC, but def cnsl will need to confer with the USM re request. cc: AUSA, L. Wells, USM, USPO, JC |
| 45 - 1 | 09/24/04 | [Re: DEF 1] RRB Minute Order denying motion for dismissal for insufficiency of evidence in Indictment (23-1). cc: cnsl, MJ Branson |
| 46 - 1 | 10/19/04 | [Re: DEF 1] RRB Minute Order the FPTC set for 10/25/04 is reset for 10/27/04 at 8:15 a.m. in Courtroom #3. cc: AUSA, L. Wells, USM, USPO |
| 47 - 1 | 10/25/04 | [Re: DEF 1] PLF 1 Trial Brief. |
| 48 - 1 | 10/25/04 | [Re: DEF 1] PLF 1 Proposed Voir Dire. |
| 49 - 1 | 10/25/04 | [Re: DEF 1] PLF 1 Proposed Jury Instructions. |
| 50 - 1 | 10/28/04 | [Re: DEF 1] RRB Court Minutes [ECR: Robin Carter] FPTC held 10/27/04. Def's Oral motion to continue trial granted. TBJ set for 11/1/04 at |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A04-0076--CR (RRB)
"USA V MIGUEL FRANCO SEGURA"

In public format, for filing dates on or before 02/09/06

| Document # | Filed | Docket text |
|---|---|---|
| | | 8:30 a.m. is vacated and is reset for 11/8/04 at 8:30 a.m. Court found excludable delay under 3161 (h)(8)(B)(I) and 18 USC 3161 (h)(8)(B)(iv). cc: AUSA, L. Wells, USM, USPO, MJ Branson, JC |
| 51 - 1 | 10/29/04 | {SEALED} |
| 52 - 1 | 11/01/04 | [Re: DEF 1] RRB Minute Order that COP is set for 11/4/04 at 9:00 a.m. in Courtroom #3. cc: AUSA, L. Wells, USM, USPO |
| 53 - 1 | 11/04/04 | {SEALED} |
| 54 - 1 | 12/21/04 | DEF 1 Unopposed motion on shortened time to cont IOS, ddln for flg obj to dr aft presnet report & to transport def back to Alaska w/att aff. |
| 55 - 1 | 12/22/04 | [Re: DEF 1] RRB Order granting unoppo mot on shortened time to cont IOS (54-1); IOS reset to 3/4/05 @ 1:30 p.m.; objs to pre-sentence rpt due 2/14/05. cc: USA, L. Wells, USM, USPO |
| 56 - 1 | 01/24/05 | DEF 1 motion on shortened time for order compelling US Marshals to transport defendant to Anchorage. |
| 57 - 1 | 01/25/05 | [Re: DEF 1] RRB Order granting motion on shortened time for order compelling US Marshals to transport defendant to Anchorage (56-1). cc: AUSA, L. Wells, USM, USPO, MJ Branson |
| 58 - 1 | 02/17/05 | DEF 1 Unopposed motion on shortened time to continue sentencing. |
| 59 - 1 | 02/18/05 | [Re: DEF 1] RRB Minute Order a status hearing re: def's non-opposed mot on shortened time to continue ios is set for 2/22/05 at 9:00 a.m. in Courtroom #3. cc: AUSA, L. Wells, USM, USPO |
| 60 - 1 | 02/22/05 | {SEALED} |
| 61 - 1 | 03/07/05 | {SEALED} |
| 62 - 1 | 03/08/05 | {SEALED} |
| 63 - 1 | 03/15/05 | [Re: DEF 1] RRB Court Minutes [ECR: Linda Christensen] re IOS (held 3/15/05); def oral mot to cont GRANTED; IOS cont'd to 4/26/05 at 9:30 am. cc: USA, L. Wells, USM, USPO |
| 64 - 1 | 04/25/05 | DEF 1 motion to continue sentencing. |
| 65 - 1 | 04/26/05 | [Re: DEF 1] RRB Court Minutes [ECR: Caroline Edmiston] re IOS hrg (held 04/26/05); def's oral mot to cont IOS Granted; IOS set 05/05/05 at 9:00 a.m.; def's detention continued. cc: USA, L. Wells, USM, USPO. |
| 66 - 1 | 04/26/05 | [Re: DEF 1] RRB Order granting motion to continue sentencing (64-1). IOS set for 4/26/05 is continued until 5/5/05 at 9:00 a.m. in Courtroom 2. cc: AUSA, L. Wells, USM, UPSO |
| 67 - 1 | 05/06/05 | {SEALED} |
| 68 - 1 | 05/13/05 | [Re: DEF 1] RRB Court Minutes [ECR: April Karper] re Stat conf (held 5/13/05). Cont IOS set for 6/3/05 at 10:00 a.m. cc: USA, L. Wells, USPO, USM |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CRIMINAL DOCKET ENTRIES FOR CASE A04-0076--CR (RRB)
                    "USA V MIGUEL FRANCO SEGURA"

       In public format, for filing dates on or before 02/09/06
```

| Document # | Filed | Docket text |
|---|---|---|
| 69 - 1 | 06/07/05 | {SEALED} |
| 70 - 1 | 06/09/05 | [Re: DEF 1] RRB Judgment pleaded guilty to count 1 of the Indictment (1-1).  Imprisonment for a term of 78 months.  Def remanded to the custody of the USM. SR 3 years w/standard and special conditions.  SA $100.00.  cc: AUSA, L. Wells, USM, USPO, Def w/cnsl cy, MJ Branson, Finance, FLU |
| 71 - 1 | 07/20/05 | {SEALED} |
| 72 - 1 | 08/31/05 | {SEALED} |
| 72 - 2 | 09/06/05 | {SEALED} |
| 73 - 1 | 09/07/05 | USM Return of svc on judgment on 8/25/05 to FCI at Loretto, PA. |