Lance C. Wells, Esq.
Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK Bar # 9206045

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| MIGUEL F. SEGURA, ) | |
|     Defendant. ) | |
| _____) | **Case No. 3:04-CR-76 RRB** |

### MOTION FOR REAPPOINTMENT OF COUNSEL FILED ON SHORTENED TIME

COMES NOW LANCE C. WELLS, Esq. prior CJA counsel of record for the Defendant named above and hereby moves this court to be reappointed in order to assist this defendant in filing his motion for resentencing under now Advisory United States Sentencing Guideline Sec. 2D1.1 as amended and made retroactive as of March 3, 2008.

Defendant is in custody at this time and is still unable to afford the assistance of counsel. Upon a review of the file and speaking with U.S. Probation & Pretrial Services, defendant appears eligible for the two point reduction (offense level) as this was a "crack cocaine" case. Defendant received a sentence of more than the mandatory minimums in this matter.

Dated this 23rd day of February 2008.

LAW OFFICES OF LANCE C. WELLS, P.C.

<u>s/Lance C. Wells</u>
Attorney for Defendant
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: <u>lwells@gci.net</u>
AK # 9206045

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| USA, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| MIGUEL F. SEGURA, ) | |
|     Defendant. ) | |
| _____) | **Case No. 3:04-CR-76 RRB** |

## *Certificate of Service*

On 2/23/08, a copy of this motion was served upon J. Bottini at his electronic address of record.

Dated: 2/23/08        _____/s/_____
                                Lance C. Wells