IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA, )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>MIGUEL F. SEGURA, )<br>    Defendant. )<br>_____) | **Case No. 3:04-CR-76 RRB** |

**[PROPOSED] ORDER**

It is hereby ordered that Lance C. Wells is hereby reappointed under the CJA to represent the defendant in filing his request for resentencing as a result f the retroactivity of Advisory United States Sentencing Guideline Sec. 2D1.1 effective March 3, 2008.

Dated: \_\_\_\_\_     _____
                    US District Court Judge


*Certificate of Service*

On 2/23/08, a copy of this motion was served upon J. Bottini at his electronic address of record.

Dated: 2/23/08     _____/s/\_\_\_\_\_
                    Lance C. Wells