Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MIGUEL F. SEGURA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | No. 3:04-CR-0076 (RRB) |

## MOTION TO REDUCE SENTENCE FILED ON SHORTENED TIME

The defendant, by and through his attorney of record Lance C. Wells of the LAW OFFICES OF LANCE C. WELLS, P.C., respectfully moves this court, pursuant to 18 U.S.C. § 3582(c), for an order reducing the term of imprisonment from 78 months to a sentence of 60 months on the grounds that the retroactive amendment to the Crack Cocaine Guideline changes the base offense level in defendant's presentence report from 27 to 25 and a criminal history category of I. Defendant was subject to a 60 month mandatory minimum sentence.

This motion is supported by the attached memorandum of law filed concurrently herewith. A proposed order is attached hereto.

DATED this 3rd day of March 2008.

s/Lance C. Wells
Attorneys for Defendant,
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on
March 3, 2008, a copy
of the foregoing was served
electronically:

J. Bottini, AUSA
U.S. Attorney's Office

s/Lance C. Wells