Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                               )<br>            Plaintiff,         )<br>                               )<br>     v.                        )<br>                               )<br>MIGUEL F. SEGURA,              )<br>                               )<br>            Defendant.         )<br>_____) | No. 3:04-CR-0076 (RRB) |

**ORDER ON MOTION TO REDUCE SENTENCE**

This matter having come before the court upon motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c), and the court having found the retroactive amendment to the Crack Cocaine Guideline applicable:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the defendant shall be re-sentenced on the ____ day of _____, 2008 at ____ a.m./p.m. in courtroom number____.

DATED at Anchorage, Alaska, this _____ day of _____ 2008.

_____
U.S. District Court Judge

I HEREBY CERTIFY that on
March 3, 2008, a copy
of the foregoing was served
electronically:

J. Bottini,
U.S. Attorney's Office

s/Lance C. Wells