Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MIGUEL FRANCO SEGURA a/k/a, "Alex" ) | |
| ) | |
| Defendant. ) | |
| _____ ) | Case No. 3:04-cr-0076-RRB |

**REPLY TO GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(C)**

COMES NOW defendant Miguel Franco Segura a/k/a, "Alex" by and through his attorney of record Lance C. Wells of the LAW OFFICES OF LANCE C. WELLS, P.C., and hereby files his Reply to Government's Opposition to Defendant's Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(C).

This reply is supported by the attached memorandum of law filed concurrently herewith.

DATED at Anchorage, Alaska, this 23rd day of April 2008.

LAW OFFICES OF LANCE C. WELLS, P.C.

By: _/s/ Lance C. Wells_____

*REPLY TO GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(C)*
*United States of America v. Miguel Franco Segura a/k/a, "Alex"*
*Case No. 3:04-cr-0076-RRB*                                                              Page 1 of 2

                                        Attorneys for defendant,
Miguel Franco Segura a/k/a, "Alex"
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 23, 2008, a copy of the foregoing was served electronically:

Joseph Bottini, AUSA

 /s/ Lance C. Wells

*REPLY TO GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(C)*
*United States of America v. Miguel Franco Segura a/k/a, "Alex"*
*Case No. 3:04-cr-0076-RRB*                                                      *Page 2 of 2*