Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MIGUEL FRANCO SEGURA a/k/a, "Alex" ) | |
| ) | |
| Defendant. ) | |
| _____) | Case No. 3:04-cr-0076-RRB |

[PROPOSED] **ORDER**

The court having considered Defendant's Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(C), the Government's Opposition, and Defendant's Reply,

It is hereby ORDERED, ADJUDGED and DECREED that the Government's motion is hereby DENIED. The adjusted offense level that Mr. Segura should be sentenced under is offense level 25, criminal history category I.

DATED this _____ day of _____ 2008.

_____
Hon. Ralph R. Beistline
U.S. District Court Judge

I HEREBY CERTIFY that on
April 23, 2008, a copy
was served electronically:

Joseph Bottini, AUSA

/s/ Lance C. Wells