# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA   v.   MIGUEL FRANCO SEGURA

DATE:   May 1, 2008      CASE NO.   3:04-CR-0076-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**GRANTING MOTION TO REDUCE SENTENCE**

---

Defendant's Motion to Reduce Sentence at **Docket 77** is hereby **GRANTED**. Pursuant to 18 U.S.C. § 3582(c) and Amendment 706 of the Amendments to the Sentencing Guidelines for United States Courts, Defendant's sentence shall be reduced to 57 months. This is the sentence Defendant would have received had the crack cocaine guidelines, as recently amended, been in effect at the time of sentencing in this matter.