AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

District of ALASKA

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| MIGUEL FRANCO SEGURA ) | Case No: 3:04-CR-00076-RRB |
| ) | USM No: 14961-006 |
| Date of Previous Judgment: ) | Lance C. Wells |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  __78 months__  months **is reduced to**  __57 months__ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level:  27              Amended Offense Level:  25
Criminal History Category:  1            Criminal History Category:  1
Previous Guideline Range:  70  to  87  months    Amended Guideline Range:  57  to  71  months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
X  The reduced sentence is within the amended guideline range.
☐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐  Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated  06/09/2005  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  05/07/2008                               S/RALPH R. BEISTLINE
                                                              Judge's signature

Effective Date:  05/17/2008                           RALPH R. BEISTLINE, U.S. DISTRICT JUDGE
  (if different from order date)                              Printed name and title